AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

LITASHA WASHINGTON
3717 Princeton Road
Montgomery, AL

**WARRANT FOR ARREST**

Case Number: 2:06cr71-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LITASHA WASHINGTON__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONSPIRACY/FALSE OR FRAUDULENT CLAIMS/AIDING & ABETTING (1 count)
THEFT OF GOVERNMENT PROPERTY (2 counts)

in violation of Title __18__ United States Code, Section(s) __371; 287; 2; 641__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK__
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

October 13, 2006 - Montgomery, AL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |