## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

UNITED STATES OF AMERICA  )
           )
  v.        )   CR. NO.  06-CR-71-MEF
           )
LITASHA WASHINGTON   )

## GOVERNMENT'S MOTION FOR DETENTION HEARING

   Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

   This case is eligible for a detention order because this case involves:

| | |
|---|---|
| _____ | Crime of violence (18 U.S.C. § 3156) |
| _____ | Maximum sentence of life imprisonment or death |
| _____ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in the above categories |
| \_\_\_\_X\_\_\_\_\_ | Serious risk the defendant will flee |
| \_\_\_\_X\_\_\_\_\_ | Serious risk of obstruction of justice |
| _____ | Felony involving a minor victim |
| _____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
| _____ | Failure to register a sex offender (18 U.S.C. § 2250) |

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will

reasonably assure:

_____X_____          Defendant's appearance as required

_____          Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>

        The United States will invoke the rebuttable presumption against defendant under Section

3142(e).

_____          Probable cause to believe defendant committed 10 + year drug offense or an
                         offense in which a firearm was used or carried under Section 924(c)

_____          Previous conviction for "eligible" offense committed while on pretrial bond

_____          A period of five years has not elapsed from defendant's conviction or release
                         from imprisonment for the offense described above

4.      <u>Time For Detention Hearing</u>

        The United States requests the Court conduct the detention hearing:

_____X_____          At the initial appearance

_____          After continuance of <u>3</u> days

        The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

        Respectfully submitted this the 16th day of November, 2006.

                                        LEURA G. CANARY
                                        United States Attorney

                                        /s/ Christopher A. Snyder
                                        CHRISTOPHER A. SNYDER
                                        Assistant United States Attorney
                                        Post Office Box 197
                                        Montgomery, Alabama 36101-0197
                                        334.223.7280
                                        334.223.7135 fax
                                        christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  06-CR-71-MEF** |
| | ) | |
| **LITASHA WASHINGTON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

attorney of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov