COURTROOM DEPUTY MINUTES  DATE: 11/16/2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:54 – 4:07 pm
4:08 – 4:12 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB        DEPUTY CLERK: sql

CASE NO.: 2:06CR71-MEF           DEFT. NAME: Litasha WASHINGTON

USA: Snyder                       ATTY: Richard Keith
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant ____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

| | | |
|---|---|---|
| ☑ kars. | Date of Arrest 11-15-06 or ☐ karsr40 | |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☑ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☑ | Requests appointed Counsel  ☑ **ORAL MOTION** for Appointment of Counsel | |
| ☑ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☑ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☑ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☑ kdmhrg. | Detention Hearing ☐ held; ☑ set for 11-20-06 – 4:15 pm | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☑ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☑ karr. | **ARRAIGNMENT** SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered. | |
| | ☑ Set for 3-12-07 Trial Term; ☑ **PRETRIAL CONFERENCE DATE:** 1-12-07 | |
| | **DISCOVERY DISCLOSURES DATE:** 11-16-06 | |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed | |