IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-071-MEF |
| | ) | |
| LITASHA WASHINGTON | ) | |

**ORDER ON MOTION**

Upon review of the *Government's Motion for Detention Hearing* (Doc. 109, filed November 16, 2006), it is

**ORDERED** that the *Motion* is DENIED as moot.

At the defendant's initial appearance, the United States represented its intent to waive detention in the event the pretrial services officer's supplement investigation disclosed a suitable residence for the Defendant on pretrial release. Accordingly, pursuant to that representation, a **bond hearing is hereby set at 3:30 p.m. on Friday, November 17, 2006**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal shall produce the defendant for the bond hearing.

Done this 17th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE