**COURTROOM DEPUTY MINUTES**     DATE: 11-17-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:34 - 3:53 pm

- ☐ INITIAL APPEARANCE
- ☑ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:06CR71-MEF | DEFT. NAME: Litasha WASHINGTON |
| USA: Snyder | ATTY: Richard Keith |
| | Type Counsel: ( ) Retained; (●) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY |
| USPTSO/USPO: Martin | |

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: _____

- ☐ kars. Date of Arrest _____ or ☐ karsr40
- ☐ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. **ORDER OF DETENTION PENDING TRIAL** entered
- ☑ kocondrls. Release order entered. Deft. advised of conditions of release
- ☑ kbnd. ☐ BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐ Preliminary Hearing ☐ Set for _____
- ☐ ko. Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr. **ARRAIGNMENT SET FOR:** _____ ☐ HELD. Plea of **NOT GUILTY** entered.
- ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- **DISCOVERY DISCLOSURES DATE:** _____
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt **Waiver of Speedy Trial Act Rights Executed**