COURTROOM DEPUTY MINUTES          DATE: **DECEMBER 27, 2006**
MIDDLE DISTRICT OF ALABAMA
                                  DIGITAL RECORDING: 10:48 - 10:51

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- √ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-71-MEF-CSC**    DEFT. NAME: **LITASHA WASHINGTON**

USA: *Andrew Schiff* ~~CHRISTOPHER SNYDER~~    ATTY: **RICHARD KEITH**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does √ does NOT need an interpreter; NAME: _____

- ☐ Kars.    Date of Arrest _____ or  ☐ Rule 5 Arrest
- √ kia.     Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐         Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG**  ☐ held;  ☐ Set for _____;  ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
            ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.     Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of  Preliminary hearing;
- ☐         Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   ARRAIGNMENT SET FOR: _____  √ HELD. Plea of **NOT GUILTY** entered.
            √ Trial Term 3/12/07  ☐ PRETRIAL CONFERENCE DATE: _____
            √ DISCOVERY DISCLOSURES DATE: 1/27/07