COURTROOM DEPUTY MINUTES          DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:14 - 1:18

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06CR-71-MEF-CSC     DEFENDANT NAME: LITASHA WASHINGTON

### APPEARANCES

GOVERNMENT                              DEFENDANT COUNSEL
ATTY. ~~CHRISTOPHER SNYDER~~            ATTY. RICHARD KEITH
     Stephen P. Feaga *(signature)*

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** None.

☐  **PLEA STATUS:**

☑  **TRIAL STATUS:** Case will go to trial; will take 4-5 days.

☐  **REMARKS:**