IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0071-MEF |
| ) | |
| **LITASHA WASHINGTON,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION IN LIMINE

COMES NOW the defendant, Litasha Washington, by and through the undersigned attorney, Richard K. Keith, and respectfully moves this Honorable Court to grant her Motion in Limine, and as grounds in support thereof states the following:

1. The defendant expects the Government to attempt to play to the jury certain audio/video discs of the defendant in activities not relevant to the charges in the indictment. These discs involve: certain 911 phone calls (disc# 1329); alleged shoplifting scenes (disc#1328); photos of drugs that the defendant is not charged with (disc# 1330); and television footage of the defendant in activities unrelated to the charges against her (disc# 1332).

2. The defendant, pursuant to Federal Rules of Evidence (F.R.E.) 402, submits that this purported evidence is not relevant evidence.

3. Pursuant to F.R.E. 403, Defendant submits that if this evidence were to be considered relevant, that its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or by misleading the jury.

1

4. Defendant submits, pursuant to F.R.E. 404(b), that the Government's purported evidence of other crimes, wrongs, or acts, is not admissible to prove the character of a person in order to show action in conformity therewith.

WHEREFORE, premised considered, the defendant moves this Honorable Court to grant this <u>Motion in Limine</u>.

Respectfully submitted this 5th day of March, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

s/ Richard K. Keith
**OF COUNSEL**
