# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.   2:06-cr-0071-MEF |
| | ) | |
| **LITASHA WASHINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Litasha Washington, by and through the undersigned

counsel, Richard K. Keith, and notifies the Court of her intent to change her previously

entered plea of not guilty to guilty.  Defendant waives her right to plea in front of a district

judge and consents to do so before a magistrate judge.

Respectfully submitted this 20th day of March, 2007.


s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following:

Christopher A. Snyder, AUSA                    Susan Redmond, AUSA
Post Office Box 197                            Post Office Box 197
Montgomery, AL  36101-0197                     Montgomery, AL  36101-0197


s/ Richard K. Keith
**OF COUNSEL**