IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| **LITASHA WASHINGTON** ) | Docket No. **2:06cr0071-MEF** |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending sentencing.

[ X ] A.    It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on 11/17/06.

[ ] B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ] 1. Execute an unsecured bond in the amount of $_____.

[ ] 2. Execute a bail bond with surety in the amount of $_____.

[ ] 3. Not commit a federal, state or local crime during the period of release.

[ ] 4. Refrain from possessing a firearm or other dangerous weapon.

[ ] 5. Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ] 6. Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:

_____

[ ] 7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ] 8. Be restricted to travel in _____.

[ ] 9. Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: March 21, 2007

CHIEF U.S. MAGISTRATE JUDGE