IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-071-MEF |
| | ) | |
| LATISHA WASHINGTON | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case on June 22, 2007

is rescheduled for June 20, 2007 at 9:00 A.M. at the United States Courthouse, One Church

Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 18th day of April, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE