# United States District Court

for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Litasha Washington                                      Case Number: 2:06cr0071-MEF

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: November 17, 2006

Type of Release: $25,000 unsecured bond with pretrial supervision

Original Offense: Fraudulent Claims, Conspiracy to Commit Fraud, Theft of Government Property

Date of Next Court Appearance: June 29, 2007 (sentencing)

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner." | On May 14, 2007, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The sample was forwarded to Kroll Laboratory Specialists, Inc. with results being confirmed positive for marijuana. |

**U.S. Probation Officer Action:**

The defendant has been regularly participating in the Chemical Addiction Program's Intensive Outpatient Program since April 4, 2007. Based upon the May 14, 2007, positive drug test results, she was referred to the Chemical Addiction Program's Day Treatment Program and is currently on a waiting list to begin the program.

On May 23, 2007, the defendant submitted a urine sample which yielded negative results for illegal substances. The defendant will continue to be regularly drug tested and any further violations will be reported to the court.

**U.S. Probation Officer Recommendation:**

Based upon the above reported information, it is respectfully recommended that no action be taken at this time.    According to the defendant's counselor, her participation and attendance in group has been good.  He feels that she is making an effort to work the program.

                          Respectfully submitted,

by    /s/ Jason M. Dillon  
       Jason M. Dillon  
       U.S. Probation Officer  
       Date: June 4, 2007

Reviewed and approved: /s/Sandra G. Wood  
                          Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Conditions of Release  
[ ]    Submit a Request for Warrant or Summons  
[ ]    Other  
[X]    Concur with Probation Officer's recommendation  
[ ]    No action necessary

Done this 7th day of June, 2007.

                            /s/Charles S. Coody  
                          CHARLES S. COODY  
                          CHIEF UNITED STATES MAGISTRATE JUDGE