# United States District Court

for

# Middle District of Alabama

**RECEIVED**

2007 JUN 15 P 3: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

| | |
|---|---|
| Name of Defendant: Litasha Washington | Case Number: 2:06CR0071-MEF |

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: November 17, 2006

Original Offense: Fraudulent Claims; Conspiracy to Commit Fraud; Theft of Government Property

Type of Release: $25,000 unsecured appearance bond, with pretrial supervision

| | |
|---|---|
| Assistant U.S. Attorney: Chris Snyder | Defense Attorney: Richard Keith |

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition | |
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner." | On June 14, 2007, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The defendant admitted to having used marijuana on this date. |

**Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:**

On June 4, 2007, a non-compliance summary was submitted to the court advising that the defendant had tested positive for marijuana on May 14, 2007. It was recommended that no action be taken at that time, so as to allow the defendant to continue her participation in the Chemical Addictions Program (CAP), and be placed in the more intensive day treatment program.

The defendant has been participating in the outpatient treatment program at CAP since April, 2007, due to her continued use of marijuana while on pretrial supervision.

PS 12C
(AL/M, 7/03)

**U.S. Probation Officer Recommendation:**

The defendant has been afforded ample opportunity to comply with the conditions of her bond. Since her release, she has continued to use marijuana despite graduated efforts to bring her into compliance. All viable efforts to assist the defendant have now been exhausted.

[ X ]   The defendant's release should be
         revoked and defendant detained.

[ ]     The conditions of release should be modified as follows:

                                                    Respectfully submitted,

                                            by   *Jason M. Dillon*
                                                 U.S. Probation Officer
                                                 Date: June 15, 2007

Reviewed and approved: *Sandra Wood*
                        Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                                    *[signature]*
                                                    Signature of Judicial Officer

                                                    6/15/07
                                                    Date