IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR-71-MEF |
| | ) | |
| LITASHA WASHINGTON | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release

is set for **July 3, 2007, at 4:00 p.m.**, before Chief United States Magistrate Judge Charles

S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States

Courthouse Complex, Montgomery, Alabama.

Pending  this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Done this 19th day of June, 2007.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE