IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR71-MEF |
| | ) | |
| LITASHA WASHINGTON | ) | |

**ORDER**

Pursuant to 18 U.S.C. § 3148(b), the court held a hearing on July 3, 2007, concerning the petition seeking revocation of the defendant's release pending sentence in this case. Based on the evidence presented at that hearing, the court finds probable cause to believe that the defendant committed a crime, namely the illegal possession and use of marijuana on several occasions since February 2007. Since that date, the defendant has been offered drug treatment and has had ample opportunity to refrain from illegal drug use but has not done so.

Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably protect the community. The court further finds that it is unlikely that the defendant will abide by any condition or combination of conditions of release. Therefore, the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall

deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    Done this 5th day of July, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

.