IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-71-MEF |
| | ) | |
| **LITASHA WASHINGTON** | ) | |
| | ) | |

**United States' Motion for Downward Departure for Substantial Assistance**

The United States moves this Court to reduce Defendant Litasha Washington's sentence by two offense-levels based on Washington's substantial assistance in this case. As grounds for this Motion, the United States notes:

1.  After pleading guilty in this case, Washington cooperated with the United States. During her cooperation, Washington provided substantial information in the case against her former girlfriend Bernetta Willis. Washington eventually testified at that trial against Ms. Willis, and her testimony was important in obtaining a successful conviction of Ms. Wills.

2.  The United States submits that to the best of its knowledge Washington has been truthful with federal investigators. As part of the plea agreement, Washington has waived her right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, United States asks this Court to depart two offense-levels under Guidelines § 5K1.1 based upon Washington's substantial assistance.

Respectfully submitted this the 16th day of August, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Richard Keith.

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney